IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No.  10-34074 |
| PEARVILLE, L.P. | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| ———————————— | § | |
| INTERNATIONAL BANK OF COMMERCE | § | Adv. P. No. _____ |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PAUL J.A. "LEX" VAN HESSEN & DUTCH AMERICAN FINANCE, LLC | § | |
| | § | |
| Defendants. | § | |
| ———————————— | § | |
| PAUL J.A. "LEX" VAN HESSEN & DUTCH AMERICAN FINANCE, LLC | § | |
| | § | |
| Third-Party Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| PEARVILLE, L.P. & JEFCO DEVELOPMENT CORPORATION & JAMES E. FISHER, JR. | § | |
| | § | |
| Third-Party Defendants. | § | |

**NOTICE OF REMOVAL OF STATE CIVIL ACTION**

TO THE HONORABLE JUDGE KAREN K. BROWN:

Pearville, L.P. (the "Debtor") and third-party defendant in the above-captioned action hereby files this Notice of Removal of the state court civil action described below from the District Court of Harris County, 215th Judicial District of Texas, to the United States Bankruptcy

NOTICE OF REMOVAL OF STATE CIVIL ACTION – Page 1

Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. §§ 1441, 1446, 1452, 1334, and Bankruptcy Rule 9027.  In support thereof, the Debtor alleges the following:

1. On April 23, 2010, International Bank of Commerce ("IBC") commenced a civil action against Paul J.A. "Lex" Van Hessen ("Van Hessen") and Dutch American Finance, LLC ("Dutch American" and together with Van Hessen, the "Dutch Defendants") asserting claims for negligent misrepresentation and promissory estoppels and seeking entry of a declaratory judgment (the "State Court Action").  (*See generally* Orig. Pet. (Ex. 2).)  The State Court Action is currently pending in the District Court of Harris County, 215th Judicial District of Texas, Cause No. 2010-25804.  (*See* Docket Sheet (Ex. 1).)

2. IBC and Van Hessen are the Debtor's secured lenders.  The State Court Action arises from, among other things, a dispute between these secured lenders regarding the validity and priority of certain liens on the Debtor's property.  (*See generally* Orig. Pet. (Ex. 2).)

3. On April 28, 2010, Van Hessen filed its Answer, Counterclaims and Third Party Petition with Verified Application for Injunctive Relief.  (*See* Van Hessen Ans. (Ex. 4).)  Therein, Van Hessen named the Debtor, JEFCO Development Corporation and James E. Fisher, Jr., as third-party defendants.  Van Hessen alleges causes of action against the third-party defendants for fraud and conspiracy to commit fraud, unjust enrichment, breach of contract, and breach of guarantee agreement.  (*Id.* ¶¶ 30-38.)  Van Hessen also requested a temporary restraining order, temporary and permanent injunction against IBC to prohibit to from foreclosing on certain pad sites.  (*Id.* ¶¶ 39-56.)

4. On May 14, 2010, the Debtor filed for protection under Chapter 11 of the Bankruptcy Code.  This bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of Texas.  The caption and number of the Chapter 11 cases is *In re Pearville, L.P.*, Case No. 10-34074.  The Debtor's bankruptcy case is a "single asset real estate"

case as described in 11 U.S.C. § 101(51 B). The Debtor's real estate asset is a shopping center, commonly referred to as the Parks at Boulder Creek (the "Property"). (*See* Debtor's Sch. A [Dkt. No. 37].)

5. On May 27, 2010, Dutch American filed its Original Answer to the IBC Original Petition (*See* Dutch American Ans. (Ex. 33).)

6. On June 1, 2010, JEFCO Development Corporation and James E. Fisher filed their answer to the Van Hessen Third-Party Petition. (*See* JEFCO Ans. (Ex. 35).)

7. The Debtor has not filed an answer to the Van Hessen Third-Party Petition or otherwise made any appearance in the State Court Action. On May 21, 2010, counsel for Van Hessen filed a Suggestion of Bankruptcy in the action. (*See* Suggestion of Bankruptcy (Ex. 34).)

8. In accordance with this Court's Local Rule 9027-1(a)(i) & (ii), the following is a list of all names and addresses of each party, all of which have been served with process in the State Court Action:

> Plaintiff International Bank of Commerce
> 5615 Kirby Drive
> Houston, Texas 77265
>
> Defendant Paul J.A. "Lex" Van Hessen
> Registered Agent Reuven M. Bisk
> 1401 McKinney, 17th Floor
> Houston, Texas 77010-4035
>
> Defendant Dutch American Finance LLC
> Registered Agent Reuven M. Bisk
> 1401 McKinney, 17th Floor
> Houston, Texas 77010-4035
>
> Third-Party Defendant Pearville, L.P.
> 3336 Richmond, Suite 302
> Houston, Texas 77098
>
> Third-Party Defendant JEFCO Development Corporation
> 3336 Richmond, Suite 302
> Houston, Texas 77098

Third-Party Defendant James E. Fisher, Jr.
3336 Richmond, Suite 302
Houston, Texas 77098

9. In accordance with this Court's Local Rule 9027-1(a)(iii), the following is a list of the name, address, and telephone number of the counsel appearing for each party in the State Court Action:[1]

Attorneys for International Bank of Commerce:
John R. Hawkins
Bar No. 09249150
Heather Hatfield
Bar No. 24050730
Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone (713)226-6000
Facsimile (713)228-1331

Attorneys for Van Hessen
Bradford Irelen
Bar No. 10411550
Blaine Hummel
Bar No. 24012872
Irelen & Hargis, PLLC
440 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone (713)222-7666
Facsimile (713) 222-7669

Attorneys for Dutch American
Kent Hanszen
Bar No. 00784210
Montague E. Morgan
Bar No. 24056007
Hanszen & Laporte, LLP
11767 Katy Freeway, Suite 1015
Houston, Texas 77079
Telephone (713) 522-9444
Facsimile (713) 524-2580

---

[1] The Debtor has not made an appearance in the State Court Action and thus has not retained counsel in this matter.

Attorney for JEFCO Development Corp. & James E. Fisher, Jr.
Michael C. O'Connor
Bar No. 15187000
O'Connor, Craig, Gould & Evans
2500 Tanglewilde, Suite 222
Houston, Texas 77063
Telephone (713)266-3311
Facsimile (713) 953-7513

10. This Court has original jurisdiction over the State Court Action pursuant to 11 U.S.C. § 541 and 28 U.S.C. §§ 1409, 1441, 1452, and 1334 because it involves claims in a bankruptcy case and is thus a core action that arises under the Debtor's bankruptcy case. *See* 28 U.S.C. § 157(b)(2).

11. This notice of removal is timely under Bankruptcy Rule 9027(a)(2).

12. A copy of this Notice of Removal will be served on all parties, and a separate Notice of Removal will be delivered to the Harris County District Court, pursuant to Bankruptcy Rule 9027(c).

13. The Debtor consents to any final orders or judgments filed by the Bankruptcy Judge

14. Pursuant to this Court's Local Rule 9027-1, copies of all papers that have been filed in the Harris County District Court are filed concurrently with this Notice of Removal as Exhibits 1 through 35, including the state court docket sheet through June 18, 2010, as Exhibit 1.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Court consider its Notice of Removal of this action from the District Court of Harris County, 215th Judicial District, to the United States Bankruptcy Court for the Southern District of Texas, Houston Division and for such other and further relief to which it may be justly entitled.

Signed this the 18th day of June 2010.

>Respectfully submitted,
>
>**SPENCER CRAIN CUBBAGE**
>**HEALY & McNAMARA, pllc**
>
>
>By:  /s/ Thomas H. Grace
>　　　**Thomas H. Grace**
>　　　Texas Bar No. 00785453
>　　　Federal Bar No. 12618
>　　　1330 Post Oak Blvd., Suite 1600
>　　　Houston, TX  77002
>　　　(713) 963-3669  Telephone
>　　　(713) 963-4663  Fax
>
>and
>
>**Meagan Martin**
>Texas Bar No. 24050997
>Federal Bar No. 1045350
>1201 Elm Street, Suite 4100
>Dallas, Texas 75270
>(214)290-0029   Telephone
>(214)290-0099  Fax
>
>**BANKRUPTCY COUNSEL FOR**
>**PEARVILLE, L.P.**

## CERTIFICATE OF SERVICE

I certify that on June 18, 2010, I electronically submitted the foregoing document with the clerk of court for the U.S. Bankruptcy Court, Southern District of Texas, using the electronic case filing system of the court.  All attorneys of record, including counsel for the Debtor and the Office of the U.S. Trustee, are registered with the Court and will receive a "Notice of Electronic Filing."  I further certify that I have provided a true and correct copy of the foregoing instrument is being forwarded via certified mail, return receipt requested, to counsel for each party in the State Court Action as follows:

　　Attorneys for International Bank of Commerce:
　　John R. Hawkins
　　Heather Hatfield
　　Porter & Hedges, LLP
　　1000 Main Street, 36th Floor
　　Houston, Texas 77002

<u>Attorneys for Van Hessen</u>
Bradford Irelen
Blaine Hummel
Irelen & Hargis, PLLC
440 Louisiana Street, Suite 1800
Houston, Texas 77002

<u>Attorneys for Dutch American</u>
Kent Hanszen
Montague E. Morgan
Hanszen & Laporte, LLP
11767 Katy Freeway, Suite 1015
Houston, Texas 77079

<u>Attorney for JEFCO Development Corp. & James E. Fisher, Jr.</u>
Michael C. O'Connor
O'Connor, Craig, Gould & Evans
2500 Tanglewilde, Suite 222
Houston, Texas 77063

               /s/ Thomas H. Grace
               Thomas H. Grace